# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BRIAN J. O'DONOGHUE, as authorized representative, | |
| Plaintiff, | No: 15-cv-11603 |
| v. | Judge Sara L. Ellis |
| INLAND BANK AND TRUST, LAWRENCE AARON, MATTHEW FIASCONE, NICHOLAS HELMER, HOWARD A. JAFFE, HARRY L. LUKENS, JR., JOEL SIMMONS, and PAUL J. WHEELER, | |
| Defendants. | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, May 22, 2018, at 1:45 p.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Sara L. Ellis, or any judge sitting in her stead, in the United States District Court for the Northern District of Illinois, Room 1403, Dirksen Federal Building, and shall then and there present ***Joint Motion for an Extension of the Summary Judgment Deadlines***, a true and correct copy of which is hereby served upon you.

Dated: May 16, 2018

                                                                             BRIAN J. O'DONOGHUE

                                                    */s/ Carrie A. Hall*
                                                    One of the Attorneys for Plaintiff

                                                    Carrie A. Hall (6269884)
                                                    TAFT STETTINIUS & HOLLISTER LLP
                                                    111 E. Wacker Drive, Suite 2800
                                                    Chicago, Illinois 60601
                                                    Telephone: 312-527-4000
                                                    cahall@taftlaw.com

                                                    William L. Charron
                                                    Eric M. Fishman
                                                    Felicity S. Kohn
                                                    PRYOR CASHMAN LLP
                                                    7 Times Square
                                                    New York, NY 10036
                                                    Telephone: 212-421-4100
                                                    wcharron@pryorcashman.com
                                                    efishman@pryorcashman.com
                                                    fkohn@pryorcashman.com

22545359.1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney of record in this matter, hereby certifies that on May 16, 2018, I caused a copy of the foregoing to be filed with the Court's CM/ECF system, which provides notice to all counsel of record via electronic mail.

/s/ Carrie A. Hall