**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRIAN J. O'DONOGHUE, as authorized representative, <br><br> Plaintiff, <br><br> vs. <br><br> INLAND BANK AND TRUST, LAWRENCE AARON, MATTHEW FIASCONE, NICHOLAS HELMER, HOWARD A. JAFFE, HARRY L. LUKENS, JR., JOEL SIMMONS, and PAUL J. WHEELER, <br><br> Defendants. | Case No. 1:15-cv-11603 <br><br> Hon. Sara L. Ellis |

**NOTICE OF JOINT FILING OF
PREVIOUSLY REDACTED AND SEALED DOCUMENTS**

Defendants Inland Bank and Trust, Lawrence Aaron, Matthew Fiascone, Nicholas Helmer, Howard A. Jaffe, Harry L. Lukens, Jr., Joel Simmons, and Paul J. Wheeler, along with Plaintiff Brian J. O'Donoghue, as authorized representative of College Savings Bank, by and through their attorneys, hereby re-file the documents listed below in accordance with the Court's March 19 and 28, 2019 Orders regarding sealed and redacted filings (Dkt. 106, 111).

1. Plaintiff's First Amended Complaint (Dkt. 50);

2. Defendants' Joint Memorandum in Support of Their Partial Motion to Dismiss for Failure to State a Claim (Dkt. 61);

3. Plaintiff's Memorandum in Opposition to Defendants' Partial Motion to Dismiss (Dkt. 69);

4. Defendants' Answer and Affirmative Defenses to First Amended Complaint (Dkt. 84);

5. Joint Statement of Undisputed Facts and related exhibits (Dkt. 93);

6. Defendants' Joint Motion for Summary Judgment (Dkt. 94);

7. Defendants' Joint Memorandum of Law in Support of Their Motion for Summary Judgment (Dkt. 95);

8. Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment (Dkt. 99); and

9. Defendants' Joint Reply in Support of Their Motion for Summary Judgment (Dkt. 100).

Dated: April 12, 2019

Respectfully submitted,

**FOLEY & LARDNER LLP**

/s/ *Lori L. Taylor*
William J. McKenna, Jr.
Lauren M. Loew
Lori L. Taylor
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
wmckenna@foley.com
lloew@foley.com
ltaylor@foley.com

*Attorneys for Defendants*

**PRYOR CASHMAN LLP**

/s/ Eric M. Fishman (*with permission*)
William L. Charron
Eric M. Fishman
Felicity S. Kohn
7 Times Square
New York, New York 10036
(212) 421-4100
wcharron@pryorcashman.com
efishman@pryorcashman.com
fkohn@pryorcashman.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on April 12, 2019, she electronically filed the foregoing **Notice of Joint Filing of Previously Redacted and Sealed Documents** using the Court's CM/ECF system and via email on all counsel of record, and further certifies that all counsel in the case are registered CM/ECF users.

>William L. Charron
>Eric M. Fishman
>Felicity S. Kohn
>PRYOR CASHMAN LLP
>7 Times Square
>New York, New York 10036
>Telephone: (212) 421-4100
>wcharron@pryorcashman.com
>efishman@pryorcashman.com
>fkohn@pryorcashman.com
>
>Carrie A. Hall
>TAFT STETTINIUS & HOLLISTER LLP
>111 East Wacker Drive
>Suite 2800
>Chicago, Illinois 60601
>Telephone: (312) 527-4000
>cahall@taftlaw.com

/s/ *Lori L. Taylor*