IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN J. O'DONOGHUE, as authorized representative,<br><br>                                Plaintiff,<br><br>vs.<br><br>INLAND BANK AND TRUST, LAWRENCE AARON, MATTHEW FIASCONE, NICHOLAS HELMER, HOWARD A. JAFFE, HARRY L. LUKENS, JR., JOEL SIMMONS, and PAUL J. WHEELER,<br><br>                                Defendants. | Case No. 1:15-cv-11603<br><br>Judge Sara L. Ellis<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED AGREED, by and between the parties in the above-caption action, that the above-referenced action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

This stipulation may be executed in facsimile and counterparts, which shall have the same effect as the original.

Dated: June 20, 2019

**PRYOR CASHMAN LLP**

By: _____
     William L. Charron
     Eric M. Fishman
     Felicity S. Kohn
7 Times Square
New York, New York 10036
(212) 421-4100
wcharron@pryorcashman.com
efishman@pryorcashman.com
fkohn@pryorcashman.com

**TAFT STETTINIUS & HOLLISTER LLP**

     Carrie A. Hall (6269884)
111 E Wacker Drive, Suite 2800
Chicago, Illinois 60601
(312) 527-4000
cahall@taftlaw.com

*Attorneys for Plaintiff*
*Brian J. O'Donoghue*

**FOLEY & LARDNER LLP**

By: _____
     William J. McKenna
     Lauren M. Loew
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
(312) 832-4500
wmckenna@foley.com
lloew@foley.com

*Attorneys for Defendant*
*Inland Bank and Trust*